**AFFIRM; and Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00912-CR

### DARIN RAMONE THOMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58074-H**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice O'Neill

Darin Ramone Thomas waived a jury and pleaded guilty to aggravated robbery with a

deadly weapon. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). The trial court assessed

punishment at fourteen years' imprisonment. On appeal, appellant's attorney filed a brief in

which she concludes the appeal is wholly frivolous and without merit. The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE


Do Not Publish
TEX. R. APP. P. 47

130912F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DARIN RAMONE THOMAS, Appellant

No. 05-13-00912-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-58074-H).
Opinion delivered by Justice O'Neill,
Justices Lang-Miers and Brown
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014.